**No. 42001.**—Protest 608889–G of Hydeman & Lassner (New York).

· Opinion by Tilson, J. It was stipulated that the articles in question are composed in chief value of cellulose filaments similar to those passed upon in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.